PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br>   v.<br><br>ROBERT CHOATE<br>SARAH ANDERSON<br>FABIAN GOMEZ<br>EPIFANIO RAMIREZ<br>WENDY LABUDA<br>WILLIAM OWEN<br>JOALEEN ROGERS,<br><br>   Defendants. | CASE NO. 2:22-mj-0095 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 06/14/22

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE