IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:22-cr-00146 WBS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| ROBERT CHOATE, | ) | |
| Defendant. | ) | |

    The court appointed the Federal Defender to represent the defendant on December 19, 2022. The Federal Defender has determined the case should go to the panel. CJA Panel attorney Toni White is hereby appointed effective January 3, 2023, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 1/11/2023

                                                                 HON. JEREMY D. PETERSON
                                                                  United States Magistrate Judge