PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHOATE,<br><br>Defendant. | CASE NO. 2:22-CR-146-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 17, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case was previously set for a status conference on April 17, 2023.

2. By this stipulation, defendant now moves to continue the status conference until August 7, 2023 at 9:00 a.m., and to exclude time between April 17, 2023, and August 7, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery for this case is voluminous as it encompasses a larger investigation in which the defendant was identified. It includes investigative reports, photographs, and covert video recordings. The undersigned defense counsel needs additional time to review the discovery in this matter, consult with the defendant, review the current charges, conduct investigation, discuss potential resolutions, and otherwise to prepare for trial.

      b)     The government does not object to the continuance.

      c)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2023 to August 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  April 12, 2023                                  PHILLIP A. TALBERT
                                                                         United States Attorney

                                                                         /s/ JAMES R. CONOLLY
                                                                         JAMES R. CONOLLY
                                                                         Assistant United States Attorney

Dated:  April 12, 2023                                  /s/ TONI WHITE
                                                                         TONI WHITE
                                                                         Counsel for Defendant
                                                                         ROBERT CHOATE

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 12, 2023                                _____
                                                                       WILLIAM B. SHUBB
                                                                         UNITED STATES DISTRICT JUDGE