TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT CHOATE,<br><br>　　　　Defendant. | No. 2:22-CR-00146 WBS<br><br>[PROPOSED] ORDER SEALING ATTACHMENT TO BAIL MOTION FILED JANUARY 22, 2024 |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Robert Choate, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed on January 22, 2024 shall be SEALED until further order of this Court.

Dated: January 23, 2024

_____
HONORABLE JEREMY D. PETERSON

1