UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 29, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CHOATE,<br><br>　　　　Defendant. | Case No.  2:22-cr-00146-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT CHOATE ,

Case No. 2:22-cr-00146-WBS , Charge 21 USC § 841(a)(1) , from custody for the

following reasons:

　　_____　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　__X__　Unsecured Appearance Bond $   100,000.00

　　_____　Appearance Bond with 10% Deposit

　　_____　Appearance Bond with Surety

　　_____　Corporate Surety Bail Bond

　　_____　(Other):  The defendants release will be delayed until, 02/22/2024 at

　　　　　　9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a

_____　30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 29, 2024, at 3:00 PM.

　　　　　　　　　　　　　　By:  _/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire