TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Robert Choate<br><br>    Defendant. | No. 2:22-CR-00146 WBS<br><br>**STIPULATION AND ORDER** |

The Government, by and through its counsel of record, James Conolly, and defendant Robert Choate, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. Mr. Choate was released on conditions and pretrial supervision on February 22, 2024 (ECF DOC #72).

2. His conditions included release into the Wellspace residential treatment program and therapy, at the direction of pretrial services, as part of aftercare. (ECF DOC #78).

3. Pretrial services officer Taifa Gaskins is monitoring Mr. Choate in Wellspace. She contacted AUSA James Conolly and the undersigned and advised us that Mr. Choate

1

will benefit from participating in therapy now, while he is in Wellspace, as opposed to after he completes the program. As such, she asked that we request a modification of conditions to allow Mr. Choate to receive therapy while he is in Wellspace as opposed to waiting for aftercare.

4. In support of the request, Officer Gaskins indicated that Wellspace believes that Mr. Choate could benefit from the supportive benefits of co-occurring treatment.

5. As such, the parties agree and request to modify the conditions of release to indicate that: "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

6. Assistant United States Attorney James Conolly has no objection to this proposed modification to Mr. Choate's conditions.

7. By this stipulation, Mr. Choate now moves to have the conditions modified to allow him to enter therapy while participating in the Wellspace residential program.

IT IS SO STIPULATED.

Dated: March 18, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

2

Dated: March 18, 2024					/s/ TONI WHITE
							TONI WHITE
							Counsel for Defendant
							ROBERT CHOATE

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court hereby amends condition number 11 of the special conditions of release to read:

"You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

IT IS SO FOUND AND ORDERED

Dated: March 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE