TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Robert Choate,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:22-CR-00146 WBS

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

Date:  May 13, 2024
Time:  8:30 am
Dept:  Honorable William B. Shubb

**STIPULATION**

      The Government, by and through its counsel of record, JAMES CONOLLY and defendant, ROBERT CHOATE, by and through his counsel of record, TONI WHITE, hereby stipulate as follows:

      1.     This case was previously set for a status conference on May 13, 2024.

      2.     By this stipulation, defendant now moves to continue the status conference until August 12, 2024, and to exclude time between May 13, 2024, and August 12, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

      3.     The parties agree and stipulate, and request that the Court find the following:

      a)     The discovery for this case is voluminous as it encompasses a larger investigation in which the defendant was identified.  It includes investigative reports,

photographs, and covert video recordings.  The undersigned defense counsel needs additional time to review the discovery in this matter, consult with the defendant, review the current charges, conduct investigation, discuss potential resolutions, and otherwise to prepare for trial.  In addition, defense counsel is conducting investigation and collecting mitigating information to present to the Government in order to aid in potential resolution.

   b)  The government does not object to the continuance.

   c)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2024 to August 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

  IT IS SO STIPULATED.

Dated:  May 8, 2024

           PHILLIP A. TALBERT

           United States Attorney


           /s/ JAMES R. CONOLLY
           JAMES R. CONOLLY

           Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 8, 2024                                        /s/ TONI WHITE

TONI WHITE
Counsel for Defendant
ROBERT CHOATE

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 9, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE