UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 13, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0146 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ROBERT CHOATE | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT CHOATE Case No. 2:22-cr-0146 WBS  Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

__X__  (Other): Release is DELAYED until 9:00 AM on 6/20/2024 to NICHOLE WASHINGTON.

Issued at Sacramento, California on June 13, 2024 at 2:43 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney