TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Robert Choate,<br><br>　　　　Defendant. | No. 2:22-CR-00146 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:　February 24, 2025<br>Time:　10:00 am<br>Dept:　Honorable William B. Shubb |

## STIPULATION

The Government, by and through its counsel of record, JAMES CONOLLY and defendant, ROBERT CHOATE, by and through his counsel of record, TONI WHITE, hereby stipulate as follows:

1.　This case was previously set for a status conference on February 24, 2025.

2.　By this stipulation, defendant now moves to continue the status conference until **May 19, 2025 at 10:00 a.m.**, and to exclude time between February 24, 2025 and May 19, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The defense has requested additional discovery and the Government is working with defense counsel on these issues. The discovery for this case is voluminous

as it encompasses a larger investigation in which the defendant was identified.  It includes investigative reports, photographs, and covert video recordings.  The undersigned defense counsel needs additional time to review the discovery in this matter, consult with the defendant, review the current charges, conduct investigation, discuss potential resolutions, and otherwise to prepare for trial.  In addition, defense counsel is conducting investigation and continuing to collect mitigating information to present to the Government in order to aid in potential resolution. Mr. Choate is working with pretrial services and is participating in programming that defense counsel believes will consist of mitigation both for negotiation and potential sentencing. Pretrial services most recently indicated an intent to place Mr. Choate in the MRT program.

        b)       The government does not object to the continuance.

        c)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2025 to May 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated: February 19, 2025

    MICHELE BECKWITH
    Acting United States Attorney

    /s/ JAMES R. CONOLLY
    JAMES R. CONOLLY
    Assistant United States Attorney

Dated: February 19, 2025

    /s/ TONI WHITE
    TONI WHITE
    Counsel for Defendant
    ROBERT CHOATE

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE