TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert Choate<br><br>Defendant. | No. 2:22-CR-00146 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE** |

Defendant, ROBERT CHOATE, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. On June 13, 2024, Mr. Choate was ordered released on bond with special conditions. (ECF #88).

2. According to Pretrial Services Officer Taifa Gaskins, Mr. Choate has been in compliance with his release conditions and doing very well. To further support Mr. Choate's success and rehabilitation, Officer Gaskins placed Mr. Choate into the MRT program last November. There was no condition requiring MRT participation, at that time, and Mr. Choate's participation in MRT has been voluntary. Officer Gaskins would like to have a condition added to Mr. Choate's conditions of release that gives

1

probation the discretion to continue Mr. Choate in MRT. Mr. Choate has no objection to that request. As such, Officer Gaskins requested that a motion for modification be filed to add a condition granting probation discretion to direct Mr. Choate to participate in MRT.

3. Defense counsel indicated that she would file the instant stipulation and proposed order.

4. James Conolly, counsel for the Government, has no objection to adding this the condition based on Officer Gaskins' recommendation.

By this stipulation, Mr. Choate now moves to have a condition added to his pretrial release conditions that gives the probation officer discretion to require Mr. Choate to participate in the MRT program.

IT IS SO STIPULATED.

Dated:  February 28, 2025                    Michele Beckwith
                                             Acting United States Attorney

                                       By:   /s/James Conolly
                                             James Conolly
                                             Assistant U.S. Attorney

                                             For the United States

Dated:  February 28, 2025              By:   /s/ Toni White
                                             TONI WHITE
                                             For Defendant Robert Choate

**O R D E R**

IT IS SO FOUND AND ORDERED this 17th day of March, 2025.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE