**United States District Court**
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 22 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 2:22-CR-00146-WBS-1 |
| ) | |
| Robert Choate ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Robert Choate_____, have discussed with _____Monica Bentley_____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release:
16. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Jeremy D. Peterson, Courtroom 9, on TBD.

Reason for modification:
Mr. Choate has expressed an interest in participating in the Better Choices Program to add support to his daily life. He views the program as an opportunity to continue learning how to avoid past behaviors and to demonstrate his commitment to making positive life changes. While he is not currently in violation of his pretrial release conditions, Mr. Choate believes that the program's support system, which includes monthly check-ins with a federal magistrate judge and peer participants, will help him maintain compliance and continue progressing in his personal growth.

Pretrial Services consulted with the Government regarding the proposed modification. The Assistant U.S. Attorney advised that, based on the information provided by the Pretrial Services Officer, the government does not object to the proposed modification.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     6-20-25      _____     6/20/25
Signature of Defendant       Date         Signature of Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   6/27/25
Signature of Assistant U.S. Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   7/16/25
Signature of Defense Counsel              Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

The Court did not appoint a third-party custodian in this case.

_____    _____
Signature of Third-Party Custodian    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

[signature]    6/20/25
Signature of Surety    Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  July 22, 2025

☐ The above modification of conditions of release is *not* ordered.

Dated: July 22, 2025

[signature]
UNITED STATES MAGISTRATE JUDGE