```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244


Attorney for Defendant
ROBERT CHOATE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:22-CR-00146 WBS |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA** |
| v. | ) |
| Robert Choate, | ) Date: July 28, 2025<br>) Time: 8:30 am<br>) Dept: Honorable William B. Shubb |
| Defendant. | ) |

## STIPULATION

The Government, by and through its counsel of record, JAMES CONOLLY and defendant, ROBERT CHOATE, by and through his counsel of record, TONI WHITE, hereby stipulate as follows:

1. This case was previously set for change of plea on July 28, 2025.

2. By this stipulation, defendant now moves to continue the change of plea until August 25, 2025, and to exclude time between July 28, 2025 and August 25, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The Government and the defense have been in negotiations about resolving this matter and are in the process of negotiating a plea agreement. The defense

has proposed specific terms for the Government's consideration. The parties need additional time to complete their discussions and defense counsel needs additional time to discuss the options with Mr. Choate. The discovery for this case is voluminous as it encompasses a larger investigation in which the defendant was identified.  It includes investigative reports, photographs, and covert video recordings.  The undersigned defense counsel continues to review the discovery in this matter in light of issues that may arise related to sentencing, consult with the defendant, review the current charges, conduct investigation, and otherwise to prepare for trial.  In addition, defense counsel is continuing to collect mitigating information to present to the Government in order to aid in potential resolution. Mr. Choate is participating in programming through pretrial services that defense counsel believes will consist of mitigation both for negotiation and potential sentencing. Since the last stipulation, Pretrial services placed Mr. Choate in the Better Choices Court.

        b)        The government does not object to the continuance.

        c)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2025 to August 25, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial

must begin.

      IT IS SO STIPULATED.

Dated:  July 23, 2025

                                         KIMBERLY SANCHEZ
                                         Acting United States Attorney

                                         /s/ JAMES R. CONOLLY
                                         JAMES R. CONOLLY
                                         Assistant United States Attorney

Dated:  July 23, 2025                     /s/ TONI WHITE
                                         TONI WHITE
                                         Counsel for Defendant
                                         ROBERT CHOATE

**ORDER**

      IT IS SO FOUND AND ORDERED.

Dated:  July 24, 2025                                                      

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE