TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00146 WBS |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING;  ORDER** |
| v. | |
| ROBERT CHOATE, | |
| Defendant | |

Defendant ROBERT CHOATE, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JAMES CONOLLY, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on February 9, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to May 4, 2026 given the time needed to prepare for sentencing. The government does not oppose this request.

3.      Mr. Choate was due to be evaluated by a psychologist in January as part of his sentencing preparation. It was anticipated that the evaluation would be provided to the probation department for consideration as part of the presentence report process. The psychologist that was prepared to evaluate Mr. Choate in January has since changed course and stopped accepting panel assignments. Defense counsel has located a different psychologist to evaluate Mr. Choate. Defense counsel needs additional time to secure the new psychologist services and have the evaluation completed. As such, defense counsel needs additional time to prepare for sentencing.

1

4. The probation officer, Hayley La Fazia, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **May 4, 2026, 10:00 am** |
| Reply, or Statement of Non-opposition: | April 27, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 20, 2026 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 13, 2026 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | April 6, 2026 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | March 30, 2026 |

IT IS SO STIPULATED.

Dated:  January 21, 2026                    ERIC GRANT
                                            United States Attorney

                                    By:    */s/ James Conolly*
                                            JAMES CONOLLY
                                            Assistant U.S. Attorney

                                            For the United States

Dated:  January 21, 2026            By:    */s/ Toni White*
                                            TONI WHITE
                                            For Defendant
                                            Robert Choate

2

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  January 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE