TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00146 WBS |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | |
| ROBERT CHOATE, | |
| Defendant | |

Defendant ROBERT CHOATE, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JAMES CONOLLY, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on May 4, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to July 20, 2026 given the time needed to prepare for sentencing. The government does not oppose this request.

3.      Mr. Choate was due to be evaluated by a psychologist in January as part of his sentencing preparation. It was anticipated that the evaluation would be provided to the probation department for consideration as part of the presentence report process. The psychologist that was prepared to evaluate Mr. Choate in January has since changed course and stopped accepting panel assignments due to the funding lapse that occurred in late 2025. Defense counsel subsequently interviewed multiple psychologists to ascertain if they would be available for this case. A psychologist was located that can conduct the specific type of evaluation Mr. Choate needs has been

1

located and interviewed.  Additional records are needed for the evaluation and the psychologist states that she can have the report done by end of June. Defense counsel needs additional time to secure the new psychologist funding and have the evaluation completed. As such, defense counsel needs additional time to prepare for sentencing. Defense counsel and Mr. Choate have already attended the presentence report interview.

4. The probation officer, Hayley La Fazia, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **July 20, 2026, 10:00 a.m.** |
| Reply, or Statement of Non-opposition: | July 13, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 6, 2026 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | June 29, 2026 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | June 22, 2026 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | June 8, 2026 |

IT IS SO STIPULATED.

Dated:  April 17, 2026      ERIC GRANT
             United States Attorney

           By: */s/ James Conolly*
             JAMES CONOLLY
             Assistant U.S. Attorney

             For the United States

Dated:  April 17, 2026      By: */s/ Toni White*
             TONI WHITE
             For Defendant

2

Robert Choate

**O R D E R**

IT IS SO FOUND AND ORDERED.  The dates are reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **July 20, 2026, 10:00 a.m.** |
| Reply, or Statement of Non-opposition: | July 13, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 6, 2026 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | June 29, 2026 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | June 22, 2026 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | June 8, 2026 |

Dated:  April 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3