TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT CHOATE,<br>Defendant | CASE NO. 2:22-CR-00146 WBS<br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant ROBERT CHOATE, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JAMES CONOLLY, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 20, 2026.

2. By this stipulation, defendant now moves to continue the sentencing to September 14, 2026 given the time needed to prepare for sentencing. The government does not oppose this request.

3. Mr. Choate has been evaluated by a psychologist in preparation for a report to be submitted as sentencing mitigation. The report was due to defense counsel this week but defense counsel learned that the psychologist is delayed and the report will not be available until August 12, 2026. Mr. Choate, and defense counsel, have provided everything necessary for completion of the report and are just waiting for the psychologist to complete drafting. Mr. Conolly is going to be in trial and unavailable until after August 31, 2026. All parties are available on September 14, 2026 and, as such, that date is requested.

4. The probation officer, Hayley La Fazia, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **September 14, 2026, 10:00 a.m.** |
| Reply, or Statement of Non-opposition: | September 7, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 31, 2026 |

The final presentence report has been disclosed.

IT IS SO STIPULATED.

Dated: July 14, 2026

ERIC GRANT
United States Attorney

By: */s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney

For the United States

Dated: July 14, 2026

By: */s/ Toni White*
TONI WHITE
For Defendant
Robert Choate

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE