TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
ROBERT CHOATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert Choate ,<br><br>Defendant. | No. 2:22-CR-00146 WBS<br><br>**NOTICE OF REQUEST TO SEAL EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Robert Choate, IT IS HEREBY ORDERED that exhibit A to defendant's sentencing memorandum, along with defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated: September 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE